UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>SEVERINO ORDAZ CARMONA,<br><br>                Defendant. | No.  5:15-mj-00036-JLT<br><br>**DETENTION ORDER**<br>(Violation of Supervised Release ) |

    The defendant having been arrested for alleged violation(s) of the terms and conditions of his supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

 ☒    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

 ☒    The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

    This finding is based on the reasons stated on the record.

DATE:  7/21/2015                                        /s/ Jennifer L. Thurston
                                                                    U.S. Magistrate Judge